IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-20180-CIV (MOORE/GARBER)

DAVID H. MARION, as Receiver for Bentley :
Financial Services, Inc.

   Plaintiff /Judgment Creditor,

  v.
THEODORE BENGHIAT, et al.

   Defendants/Judgment Debtors,

## ORDER GRANTING MOTION OF JUDGMENT CREDITOR
## TO COMPEL PRODUCTION OF DOCUMENTS

This cause having come before the Court on Motion of Judgment Creditor to Compel Production of Documents ("Motion") and the Court having reviewed the Motion and response and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is hereby granted. Peninsula Bank ("Peninsula") shall immediately produce all documents requested in the Subpoena of David Marion, as Receiver for Bentley Financial Services, Inc. ("David Marion–Receiver"). Its production shall be governed by the terms of the stipulated confidentiality agreement and order. [DE ##6, 19]. The objections raised by Peninsula concerning privilege, burden and the confidential nature of the documents sought by David Marion–Receiver are overruled. David Marion-Receiver is hereby awarded $ 0 in attorneys' fees against Peninsula for

which execution shall issue.

      DONE AND ORDERED in Chambers at Miami, Miami-Dade County, Florida this 21st day of June, 2007.

_____
U.S. DISTRICT COURT JUDGE
Mag.

Copies furnished to:
All parties of record
196205v1/564-1